RANDY W. GIMPLE [Bar No.:129705]
A.DAVID BONA [Bar No.:  209605]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:      (415) 391-3911
Facsimile:       (415) 391-3898

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY and
THE DAVEY TREE EXPERT COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY<br><br>             Defendants. | CASE NO.:   2:09-cv-02868-JAM-JFM |

**JOINT STIPULATION AND ORDER TO EXTEND RESPONSE DATE**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 83-143, Plaintiff United States of America ("Plaintiff") and Defendants Pacific Gas and Electric Company, Davey Tree Surgery Company and The Davey Tree Expert Company ("Defendants") hereby stipulate and agree that Defendants shall have up to and including Monday, November 23, 2009 to answer or otherwise respond to the complaint filed by Plaintiff.

Dated:  11/12/09              CARLSON, CALLADINE & PETERSON LLP


                              By:   /s/  RANDY W. GIMPLE
                                        RANDY W. GIMPLE
                              Attorneys for Defendants Davey Tree Surgery
                              Company and The Davey Tree Expert Company

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: | PACIFIC GAS & ELECTRIC COMPANY |
| | By:  /s/   ALICIA FENRICK<br>PACIFIC GAS & ELECTRIC COMPANY |
| Dated: | UNITED STATES OF AMERICA |
| | By:  /s/   E. ROBERT WRIGHT<br>LAWRENCE G. BROWN<br>United States Attorney<br>E. ROBERT WRIGHT<br>Assistant United States Attorney |

**IT IS SO ORDERED**

Dated:  November 17, 2009

 /s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com