RANDY W. GIMPLE [Bar No.:129705]
A.DAVID BONA [Bar No.: 209605]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:  (415) 391-3911
Facsimile:   (415) 391-3898

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY
and THE DAVEY TREE EXPERT
COMPANY

ROBERT M. BLUM [Bar No. 083302]
HAILEY R. HIBLER [Bar No. 229067]
NIXON PEABODY LLP
One Embarcadero, Suite 1800
San Francisco, California 94111
Telephone:  (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendants
PACIFIC GAS & ELECTRIC
COMPANY, DAVEY TREE SURGERY
COMPANY and THE DAVEY TREE
EXPERT COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, AND THE DAVEY TREE EXPERT COMPANY,<br><br>    Defendants. | CASE NO.: 2:09-cv-02868-JAM-JFM |

### **JOINT STIPULATION AND ORDER TO EXTEND RESPONSE DATE**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 83-143, Plaintiff United States of America ("Plaintiff") and Defendants Pacific Gas & Electric Company , Davey Tree Surgery Company and The Davey Tree Expert

PDF created with pdfFactory trial version www.pdffactory.com

Company ("Defendants") hereby stipulate and agree that Defendants shall have up to and including Thursday, December 3, 2009 to answer or otherwise respond to the complaint filed by Plaintiff.

Dated: November 20, 2009         CARLSON, CALLADINE & PETERSON LLP

By:   /s/ RANDY W. GIMPLE as authorized on 11/19/09
        RANDY W. GIMPLE
        Attorneys for Defendants Davey Tree
        Surgery Company and The Davey Tree
        Expert Company

Dated: November 20, 2009         NIXON PEABODY LLP

By:   /s/   ROBERT M. BLUM   as authorized on 11/20/09
        ROBERT M. BLUM
        Attorneys for PACIFIC GAS & ELECTRIC
        COMPANY, DAVEY TREE SURGERY
        COMPANY and THE DAVEY TREE
        EXPERT COMPANY

Dated: November 20, 2009         UNITED STATES OF AMERICA

By:   /s/   E. ROBERT WRIGHT as authorized on 11/19/09
        BENJAMIN B. WAGNER
        United States Attorney
        E. ROBERT WRIGHT
        Assistant United States Attorney

**IT IS SO ORDERED**

Dated:  November 20, 2009

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com