RANDY W. GIMPLE [Bar No.:129705]
A.DAVID BONA [Bar No.: 209605]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 391-3911
Facsimile: (415) 391-3898

Attorneys for Defendants
DAVEY TREE SURGERY COMPANY
and THE DAVEY TREE EXPERT
COMPANY

ROBERT M. BLUM [Bar No. 083302]
HAILEY R. HIBLER [Bar No. 229067]
NIXON PEABODY LLP
One Embarcadero, Suite 1800
San Francisco, California 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for Defendants
PACIFIC GAS & ELECTRIC
COMPANY, DAVEY TREE SURGERY
COMPANY and THE DAVEY TREE
EXPERT COMPANY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, AND THE DAVEY TREE EXPERT COMPANY,<br><br>Defendants. | CASE NO.: 2:09-cv-02868-JAM-JFM |

**JOINT STIPULATION AND ORDER TO DISMISS**

**THE DAVEY TREE EXPERT COMPANY**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff United States of America ("Plaintiff") and Defendants Pacific Gas & Electric Company, Davey Tree

PDF created with pdfFactory trial version www.pdffactory.com

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

Surgery Company and The Davey Tree Expert Company ("Defendants") hereby stipulate and agree that The Davey Tree Expert Company shall be dismissed from this action without prejudice. Plaintiff and Defendant The Davey Tree Expert Company each shall bear its own costs with respect to the other.

Dated: November 30, 2009                CARLSON, CALLADINE & PETERSON LLP

By: /s/ RANDY W. GIMPLE as authorized on 11/30/09
RANDY W. GIMPLE
Attorneys for Defendants Davey Tree Surgery Company and The Davey Tree Expert Company

Dated: November 30, 2009                NIXON PEABODY LLP

By: /s/ ROBERT M. BLUM as authorized on 11/30/09
ROBERT M. BLUM
Attorneys for PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY and THE DAVEY TREE EXPERT COMPANY

Dated: November 30, 2009                UNITED STATES OF AMERICA

By: /s/ E. ROBERT WRIGHT as authorized on 11/30/09
BENJAMIN B. WAGNER
United States Attorney
E. ROBERT WRIGHT
Assistant United States Attorney

**IT IS SO ORDERED**
Dated: November 30, 2009

/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com