Stephen L. Schirle (SBN 96085)
slsw@pge.com
Alicia W. Fenrick   (SBN 193860)
awf9@pge.com
Pacific Gas & Electric Company
Law Department, 77 Beale Street, B30A
San Francisco, CA  94105
Telephone:  (415) 973-2527
Facsimile:  (415) 973-9271

Ferris & Britton, A Professional Corporation
Michael R. Weinstein (SBN 106464)
Christopher Q. Britton (SBN 56623)
W. Lee Biddle (SBN 217128)
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 233-3131
Facsimile:  (619) 232-9316
mweinstein@ferrisbritton.com

Attorneys for Defendant PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COM,PANY, and THE DAVEY TREE EXPERT COMPANY,<br><br>　　　　　　　　Defendants. | Case No.  2:09-cv-02868-JAM-JFM<br><br>**STIPULATION TO EXTEND DATE FOR MAKING INITIAL DISCLOSURES UNDER RULE 26(a)** |

　　　　Pursuant to Federal Rules of Civil Procedure 26(a)(1)(C), the parties, through counsel, hereby stipulate that the Initial Disclosures required under Rule 26(a) will be made by all parties by March 10, 2010, instead of February 17, 2010, as previously agreed to by the parties pursuant to the Stipulation dated January 19, 2010.  This stipulation is made to accommodate the request of new counsel for

/ / /

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

defendant, Pacific Gas & Electric Company, who is substituting into the case.

                                                          CARLSON, CALLADINE & PETERSON LLP

Dated: _____        By: _____
                                                          Randy W. Gimple
                                                          A. David Bona
                                                          Attorneys for Defendant
                                                          DAVEY TREE SURGERY COMPANY

                                                          NIXON PEARBODY LLP

Dated: _____        By: _____
                                                          Robert M. Blum
                                                          Hailey R. Hibler
                                                          Attorneys for Defendant
                                                          DAVEY TREE SURGERY COMPANY

                                                          FERRIS & BRITTON,
                                                          A Professional Corporation

Dated: _____        By: _____
                                                          Michael R. Weinstein,
                                                          Attorneys for Defendant
                                                          PACIFIC GAS & ELECTRIC COMPANY.

                                                          BENJAMIN B. WAGNER
                                                          UNITED STATES ATTORNEY

Dated: _____        By: _____
                                                          E. ROBERT WRIGHT
                                                          CATHERINE J. SWANN
                                                          Assistant United States Attorneys
                                                          Attorneys for Plaintiff,
                                                          UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated: 02/12/2010                                      /s/ John A. Mendez_____
                                                          UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com