Stephen L. Schirle (SBN 96085)
slsw@pge.com
Alicia W. Fenrick   (SBN 193860)
awf9@pge.com
Pacific Gas & Electric Company
Law Department, 77 Beale Street, B30A
San Francisco, CA  94105
Telephone:  (415) 973-2527
Facsimile:  (415) 973-9271

Ferris & Britton, A Professional Corporation
Michael R. Weinstein (SBN 106464)
Christopher Q. Britton (SBN 56623)
W. Lee Biddle (SBN 217128)
401 West A Street, Suite 2550
San Diego, CA 92101
Telephone: (619) 233-3131
Facsimile:  (619) 232-9316
mweinstein@ferrisbritton.com

Attorneys for Defendant PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COM,PANY, and THE DAVEY TREE EXPERT COMPANY,<br><br>                    Defendants. | Case No.  2:09-cv-02868-JAM-JFM<br><br>**STIPULATION TO EXTEND DATE FOR MAKING INITIAL DISCLOSURES UNDER RULE 26(a)** |
|---|---|

Pursuant to Federal Rules of Civil Procedure 26(a)(1)(C), the parties, through counsel, hereby stipulate that the Initial Disclosures required under Rule 26(a) will be made by all parties by March 10, 2010, instead of February 17, 2010, as previously agreed to by the parties pursuant to the Stipulation dated January 19, 2010.  This stipulation is made to accommodate the request of new counsel for

/ / /

/ / /

/ / /

1

PDF created with pdfFactory trial version www.pdffactory.com

defendant, Pacific Gas & Electric Company, who is substituting into the case.

                                                  CARLSON, CALLADINE & PETERSON LLP

Dated: _____  By: _____
                                                       Randy W. Gimple
                                                       A. David Bona
                                                     Attorneys for Defendant
                                                   DAVEY TREE SURGERY COMPANY

                                                 NIXON PEARBODY LLP

Dated: _____  By: _____
                                               Robert M. Blum
                                               Hailey R. Hibler
                                               Attorneys for Defendant
                                               DAVEY TREE SURGERY COMPANY

                                               FERRIS & BRITTON,
                                               A Professional Corporation

Dated: _____  By: _____
                                               Michael R. Weinstein,
                                             Attorneys for Defendant
                                             PACIFIC GAS & ELECTRIC COMPANY.

                                             BENJAMIN B. WAGNER
                                             UNITED STATES ATTORNEY

Dated: _____  By: _____
                                               E. ROBERT WRIGHT
                                               CATHERINE J. SWANN
                                             Assistant United States Attorneys
                                             Attorneys for Plaintiff,
                                             UNITED STATES OF AMERICA

**IT IS SO ORDERED.**

Dated: 02/12/2010                                        /s/ John A. Mendez_____
                                                                UNITED STATES DISTRICT COURT JUDGE

**STIPULATION TO EXTEND DATE FOR MAKING INITIAL DISCLOSURES UNDER RULE 26(a)**
Case No.  2:09-cv-02868-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com