BENJAMIN B. WAGNER
United States Attorney
E. ROBERT WRIGHT (SBN 51861)
Assistant United States Attorney
United States Courthouse
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Of Counsel:

JEFF MOULTON
Regional Attorney
RACHEL A. BIRKEY
Attorney
Office of the General Counsel
United States Department of Agriculture
33 New Montgomery Street, 17th Floor
San Francisco, California 94105
Telephone: (415) 744-3011
Facsimile: (415) 744-3170

Attorneys for Plaintiff United States of America

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:09-cv-02868-JAM-JFM |
| Plaintiff, ) | |
| ) | **STIPULATION FOR ORDER** |
| v. ) | **MODIFYING STATUS ORDER** |
| ) | |
| PACIFIC GAS AND ELECTRIC ) | |
| COMPANY, and DAVEY TREE ) | |
| SURGERY COMPANY, ) | |
| ) | |
| Defendants. ) | |

The parties through counsel hereby stipulate regarding scheduling as follows, including stipulation for an Order where necessary. The Status Order for this case was filed January 5, 2010 (Doc. 14). The proposed changes would only change the dates for disclosing experts and for completing discovery. The proposed changes are necessary to allow the parties sufficient time to allow experts to review factual discovery prior to preparing their expert reports. The

proposed changes would not change the dates scheduled for pre-trial conference or trial of this case:

1. By stipulation, plaintiff may have until August 11, 2010 to respond to Davey Tree's Request for production of documents, set one and Interrogatories, set one.

2. By stipulation for an Order that the following dates set forth in the Status Order are changed as follows:

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosure: | August 16, 2009 | October 15, 2010 |
| Supplemental Expert Disclosure: | September 6, 2009 | November 5, 2010 |
| Discovery Completed | October 4, 2010 | December 6, 2010 |

3. All other scheduled dates in the Status Order of January 5, 2010 remain the same including the trial date of April 11, 2011.

Respectfully submitted,

Dated: July __, 2010        BENJAMIN B. WAGNER
                            United States Attorney

                    By:    /s/ E. Robert Wright
                            E. ROBERT WRIGHT
                            Assistant U.S. Attorney
                            Attorneys for Plaintiff
                            United States of America

Dated: July __, 2010        **CARLSON, CALLADINE & PETERSON LLP**

                    By:    _____
                            RANDY W. GIMPLE, Esq.
                            A. DAVID BONA, Esq.
                            Attorneys for Defendant,
                            DAVEY TREE SURGERY COMPANY

| | |
|---|---|
| Dated: July __, 2010 | **NIXON PEABODY LLP** |
| | By: _____ |
| | ROBERT M. BLUM, Esq. |
| | HAILEY R. HIBLER, Esq. |
| | Attorneys for Defendant, |
| | DAVEY TREE SURGERY COMPANY |
| Dated: July __, 2010 | **FERRIS & BRITTON,** |
| | **A PROFESSIONAL CORPORATION** |
| | By: _____ |
| | MICHAEL R. WEINSTEIN, Esq. |
| | Attorneys for Defendant, |
| | PACIFIC GAS AND ELECTRIC COMPANY |

## ORDER

Based on the above Stipulation and good cause having been shown,

IT IS HEREBY ORDERED that all current Status Order dates remain the same except that the dates for Expert Disclosure, Supplemental Expert Disclosure, and Discovery Completion are modified as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated:  July 21, 2010                    /s/ John A. Mendez
                                          HON. JOHN A. MENDEZ
                                          U. S. DISTRICT COURT JUDGE