RANDY W. GIMPLE [Bar No.: 12970]
A. DAVID BONA [Bar No.: 209605]
LYNDE SELDEN, III [Bar No. 207513]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:  (415) 391-3911
Facsimile:  (415) 391-3898

Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

ROBERT M. BLUM [Bar No. 083302]
HAILEY R. HIBLER [Bar No. 229067]
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone:  (415) 984-8200
Facsimile:  (415) 984-8300

Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br>DAVEY TREE SURGERY COMPANY, and<br>THE DAVEY TREE EXPERT COMPANY,<br><br>　　　　　Defendants. | Case No.  2:09-cv-02868-JAM-JFM<br><br>**STIPULATION FOR ORDER<br>MODIFYING STATUS ORDER** |

　　　　The parties through counsel hereby stipulate regarding scheduling as follows, including stipulation for an Order where necessary. The Status Order for this case was filed January 5, 2010 (Doc. 14). The proposed changes would only change the dates for disclosing experts and for completing discovery. The proposed changes are necessary to allow the parties sufficient time to

**CASE NO.: 2:09-CV-02868-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

allow experts to review factual discovery prior to preparing their expert reports. The proposed changes would not change the dates scheduled for pre-trial conference or trial of this case:

    1. By stipulation for an Order that the following dates set forth in the Status Order are changed as follows:

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosure | October 15, 2010 | November 15, 2010 |
| Supplemental Expert Disclosure | November 5, 2010 | November 30, 2010 |
| Discovery Completed | December 6, 2010 | January 5, 2011 |

    2. All other scheduled dates in the Status Order of January 5, 2010, remain the same including the trial date of April 11, 2011.

    Respectfully submitted,

DATED: September 21, 2010    CARLSON, CALLADINE & PETERSON LLP

By: /s/ Lynde Selden, III
    RANDY W. GIMPLE
    A. DAVID BONA
    LYNDE SELDEN, III
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

DATED: September 21, 2010    BENJAMIN B. WAGNER
United States Attorney

By: /s/ E. Robert Wright
    E. ROBERT WRIGHT
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| DATED: September 21, 2010 | NIXON PEABODY LLP |
| | By: /s/ Robert M. Blum |
| |     ROBERT M. BLUM |
| |     HAILEY R. HIBLER |
| | Attorneys for Defendants, |
| | DAVEY TREE SURGERY COMPANY |
| DATED: September 21, 2010 | FERRIS & BRITTON, A PROFESSIONAL CORPORATION |
| | By: /s/ Michael R. Weinstein |
| |     MICHAEL R. WEINSTEIN |
| | Attorneys for Defendant |
| | PACIFIC GAS AND ELECTRIC COMPANY |

**ORDER**

Based on the above Stipulation and good cause having been shown,

IT IS HEREBY ORDERED that all current Status Order dates remain the same except that the dates for Expert Disclosure, Supplemental Expert Disclosure, and Discovery Completion are modified as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated: September 21, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. DISTRICT COURT JUDGE

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

3

**CASE NO.: 2:09-CV-02868-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com