1 | RANDY W. GIMPLE [Bar No.: 12970]
A.DAVID BONA [Bar No.: 209605]
2 | LYNDE SELDEN, III [Bar No. 207513]
CARLSON, CALLADINE & PETERSON LLP
3 | 353 Sacramento Street, 16th Floor
San Francisco, California 94111
4 | Telephone:   (415) 391-3911
Facsimile:   (415) 391-3898

Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

ROBERT M. BLUM [Bar No. 083302]
HAILEY R. HIBLER [Bar No. 229067]
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone:   (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-cv-02868-JAM-JFM |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION FOR ORDER** |
| | ) **MODIFYING STATUS ORDER** |
| PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY, | ) |
| Defendants. | ) |

The parties through counsel hereby stipulate regarding scheduling as follows, including stipulation for an Order where necessary.  The Status Order for this case was filed January 5, 2010 (Doc. 14).  The proposed changes, requested by Defendants Davey Tree Surgery Company and the Davey Expert Company, would only change the dates for disclosing experts and for completing

discovery. The proposed changes are necessary to allow the parties sufficient time to allow experts to review factual discovery prior to preparing their expert reports. The proposed changes would not change the dates scheduled for pre-trial conference or trial of this case:

    1. By stipulation for an Order that the following dates set forth in the Status Order are changed as follows:

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| Expert Disclosure | November 15, 2010 | December 15, 2010 |
| Supplemental Expert Disclosure | November 30, 2010 | December 30, 2010 |
| Discovery Completed | January 5, 2011 | February 4, 2011 |

    2. All other scheduled dates in the Status Order of January 5, 2010, remain the same including the trial date of April 11, 2011.

Respectfully submitted,

DATED: October 26, 2010    CARLSON, CALLADINE & PETERSON LLP

By: /s/ Lynde Selden, III
RANDY W. GIMPLE
A. DAVID BONA
LYNDE SELDEN, III
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

DATED: October 26, 2010    BENJAMIN B. WAGNER
United States Attorney

By: /s/ E. Robert Wright
E. ROBERT WRIGHT
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2
**STIPULATION FOR ORDER MODIFYING STATUS ORDER**

CASE NO.: 2:09-CV-02868-JAM-JFM

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

DATED:  October 26, 2010           NIXON PEABODY LLP

                                   By: /s/ Robert M. Blum
                                       ROBERT M. BLUM
                                       HAILEY R. HIBLER
                                   Attorneys for Defendants,
                                   DAVEY TREE SURGERY COMPANY

DATED:  October 26, 2010           FERRIS & BRITTON,
                                   A PROFESSIONAL CORPORATION

                                   By: /s/ Michael R. Weinstein
                                       MICHAEL R. WEINSTEIN
                                   Attorneys for Defendant
                                   PACIFIC GAS AND ELECTRIC COMPANY

## ORDER

Based on the above Stipulation and good cause having been shown,

    IT IS HEREBY ORDERED that all current Status Order dates remain the same except that the dates for Expert Disclosure, Supplemental Expert Disclosure, and Discovery Completion are modified as set forth in the above Stipulation.

    IT IS SO ORDERED.

Dated:  October 26, 2010

                                   /s/ John A. Mendez
                                   HON. JOHN A. MENDEZ
                                   U.S. DISTRICT COURT JUDGE

3
**STIPULATION FOR ORDER MODIFYING STATUS ORDER**

CASE NO.: 2:09-CV-02868-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com