RANDY W. GIMPLE [Bar No.: 12970]
A.DAVID BONA [Bar No.: 209605]
LYNDE SELDEN, III [Bar No. 207513]
CARLSON, CALLADINE & PETERSON LLP
353 Sacramento Street, 16th Floor
San Francisco, California 94111
Telephone:   (415) 391-3911
Facsimile:   (415) 391-3898

Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

ROBERT M. BLUM [Bar No. 083302]
HAILEY R. HIBLER [Bar No. 229067]
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone:   (415) 984-8200
Facsimile:   (415) 984-8300

Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY,<br><br>　　　　　　Defendants. | Case No. 2:09-cv-02868-JAM-JFM<br><br>**STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER** |

　　　The parties through counsel hereby stipulate regarding scheduling as follows, including stipulation for an Order where necessary. The scheduling Order for this case was filed January 5, 2010 (Doc. 14). The proposed changes would change the dates for completing non-expert

discovery, for disclosing experts, for completing expert discovery, for filing the pre-trial conference statement and for the pre-trial conference.

The parties stipulate and agree that no party will file any dispositive motions and hereby waive their right to file any dispositive motions.

The proposed changes are necessary to allow the parties sufficient time to allow experts to review factual discovery prior to preparing their expert reports. The proposed changes would not change the dates scheduled for trial of this case:

1. By stipulation for an Order that the following dates set forth in the Status Order are changed as follows:

|  | CURRENT DATE | NEW DATE |
|---|---|---|
| Non-expert discovery cut-off | January 5, 2011 | February 4, 2011 |
| Expert Disclosure | December 15, 2010 | February 4, 2011 |
| Supplemental Expert Disclosure | December 30, 2010 | February 18, 2011 |
| Expert discovery cut- off |  | March 4, 2011 |
| Filing of pretrial conference statement | February 18, 2011 | March 11, 2011 |
| Pretrial Conference | February 25, 2011 | March 18, 2011 at 2:00 p.m. |
| Trial date (Unchanged) | April 11, 2011 at 9:00 a.m. |  |

2. All other scheduled dates in the Status Order of January 5, 2010, remain the same including the trial date of April 11, 2011.

2
**STIPULATION FOR ORDER MODIFYING STATUS ORDER**

**CASE NO.: 2:09-CV-02868-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

DATED: December 14, 2010  CARLSON, CALLADINE & PETERSON LLP

By: /s/ Lynde Selden, III
    RANDY W. GIMPLE
    A. DAVID BONA
    LYNDE SELDEN, III
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

DATED: December 14, 2010  BENJAMIN B. WAGNER
United States Attorney

By: /s/ E. Robert Wright
    E. ROBERT WRIGHT
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

DATED: December 14, 2010  NIXON PEABODY LLP

By: /s/ Robert M. Blum
    ROBERT M. BLUM
    HAILEY R. HIBLER
Attorneys for Defendants,
DAVEY TREE SURGERY COMPANY

DATED: December 14, 2010  FERRIS & BRITTON,
A PROFESSIONAL CORPORATION

By: /s/ Michael R. Weinstein
    MICHAEL R. WEINSTEIN
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the above Stipulation and good cause having been shown,

IT IS HEREBY ORDERED that all current Status Order dates remain the same except that the dates for Expert Disclosure, Supplemental Expert Disclosure, and Discovery Completion are modified as set forth in the above Stipulation.

IT IS SO ORDERED.

Dated: 12/16/2010         /s/ John A. Mendez
                          HON. JOHN A. MENDEZ
                          U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com