1  RANDY W. GIMPLE [Bar No.: 12970]
   A.DAVID BONA [Bar No.: 209605]
2  LYNDE SELDEN, III [Bar No. 207513]
   CARLSON, CALLADINE & PETERSON LLP
3  353 Sacramento Street, 16th Floor
   San Francisco, California 94111
4  Telephone:   (415) 391-3911
   Facsimile:   (415) 391-3898
5
   Attorneys for Defendant
6  DAVEY TREE SURGERY COMPANY

7  ROBERT M. BLUM [Bar No. 083302]
   HAILEY R. HIBLER [Bar No. 229067]
8  NIXON PEABODY LLP
   One Embarcadero Center, 18th Floor
9  San Francisco, California 94111
   Telephone:   (415) 984-8200
10 Facsimile:   (415) 984-8300

11 Attorneys for Defendant
   DAVEY TREE SURGERY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-02868-JAM-JFM |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER** |
| PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY, | |
| Defendants. | |

The parties through counsel hereby stipulate regarding scheduling as follows, including stipulation for an Order where necessary. The scheduling Order for this case was filed January 5, 2010 (Doc. 14). The proposed changes would change the dates for completing non-expert

discovery, for disclosing experts, for completing expert discovery, for filing the pre-trial conference statement and for the pre-trial conference.

The parties stipulate and agree that no party will file any dispositive motions and hereby waive their right to file any dispositive motions.

The proposed changes are necessary to allow the parties sufficient time to allow experts to review factual discovery prior to preparing their expert reports. The proposed changes would not change the dates scheduled for trial of this case:

1. By stipulation for an Order that the following dates set forth in the Status Order are changed as follows:

|  | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Non-expert discovery cut-off | January 5, 2011 | February 4, 2011 |
| Expert Disclosure | December 15, 2010 | February 4, 2011 |
| Supplemental Expert Disclosure | December 30, 2010 | February 18, 2011 |
| Expert discovery cut-off |  | March 4, 2011 |
| Filing of pretrial conference statement | February 18, 2011 | March 11, 2011 |
| Pretrial Conference | February 25, 2011 | March 18, 2011 at 2:00 p.m. |
| Trial date (Unchanged) | April 11, 2010 at 9:00 a.m. |  |

2. All other scheduled dates in the Status Order of January 5, 2010, remain the same including the trial date of April 11, 2011.

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 | |
| 3 | DATED: December 16, 2010    CARLSON, CALLADINE & PETERSON LLP |

By: /s/ Lynde Selden, III
    RANDY W. GIMPLE
    A. DAVID BONA
    LYNDE SELDEN, III
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

DATED: December 16, 2010    BENJAMIN B. WAGNER
United States Attorney

By: /s/ E. Robert Wright
    E. ROBERT WRIGHT
    Attorneys for Plaintiff
    UNITED STATES OF AMERICA

DATED: December 16, 2010    NIXON PEABODY LLP

By: /s/ Robert M. Blum
    ROBERT M. BLUM
    HAILEY R. HIBLER
Attorneys for Defendants,
DAVEY TREE SURGERY COMPANY

DATED: December 16, 2010    FERRIS & BRITTON,
A PROFESSIONAL CORPORATION

By: /s/ Michael R. Weinstein
    MICHAEL R. WEINSTEIN
Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

3
**STIPULATION FOR ORDER MODIFYING STATUS ORDER**

CASE NO.: 2:09-CV-02868-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the above Stipulation and good cause having been shown,

    IT IS HEREBY ORDERED that all current Status Order dates remain the same except that the dates for Non-Expert Discovery Cut-off, Expert Disclosure, Supplemental Expert Disclosure, Expert Discovery Cut-off, Filing of Pretrial Conference Statements and the Pretrial Conference are modified as set forth in the above Stipulation.

    IT IS SO ORDERED.

Dated: 12/16/2010

                                            /s/ John A. Mendez_____
                                            HON. JOHN A. MENDEZ
                                            U.S. DISTRICT COURT JUDGE

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com