BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:09-cv-02868 JAM-JFM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY, | |
| Defendants. | |

    Plaintiff, United States of America, and Defendants, Pacific Gas & Electric Company, and Davey Tree Surgery Company, through their counsel of record, respectfully request a continuance of the trial date and related deadlines due to the following:

    1.    The scheduling order was amended most recently by order of the court dated December 16, 2010.  The order moved the discovery and pretrial dates back approximately one month to allow additional time to allow experts to review factual discovery prior to preparing their expert reports.  The order did not change the original trial date of April 11, 2011.

    2.    On January 3, 2011, the United States filed a designation of counsel that substituted AUSA Glen F. Dorgan in place of AUSA Robert E. Wright as the United States'

attorney of record. Mr. Wright had been the sole AUSA assigned to this case dating back to the filing date of the underlying complaint. In early December, AUSA Dorgan was assigned to assist AUSA Wright with the case in a limited fashion. However, on December 20, AUSA Wright announced his retirement from government employment, and his retirement became effective December 31, 2010. The principal purpose for the requested modification of the scheduling order is to afford sufficient time for AUSA Dorgan to come up to speed on the case and proceed with completing the remaining non-expert discovery, expert discovery and trial preparation. Complicating this process is the fact that the parties are working to complete approximately 13 remaining percipient witness depositions. As of the date of AUSA Wright's announcement of his retirement, the parties were working to complete the depositions during the first two to three weeks of January 2011. With the transfer of the case to AUSA Dorgan during the first week of January, the parties now anticipate that these depositions will be completed in February 2011.

3. As noted in the prior stipulation for an order modifying the scheduling order, the parties stipulate and agree that no party will file any dispositive motion and all parties have waived their right to file dispositive motions.

Based on the foregoing, the parties have agreed to move the trial date and related deadlines as follows:

|  | **Current Date** | **New Date** |
| --- | --- | --- |
| Non-expert discovery cut-off | January 5, 2011 | March 11, 2011 |
| Expert Disclosure | February 4, 2011 | April 8, 2011 |
| Supp Expert Disclosure | February 18, 2011 | April 22, 2011 |
| Expert discovery Cut-off | March 4, 2011 | May 13, 2011 |
| Filing of Pre-trial Statements | March 11, 2011 | May 27, 2011 |
| Pre-Trial Conference | March 18, 2011 (2:00 p.m.) | June 3, 2011 (**3:00 p.m.**) |
| Trial | April 11, 2011 (9:00 a.m.) | July 11, 2011 (9:00 a.m.) |

|     |                          |         |                                                 |
|-----|--------------------------|---------|-------------------------------------------------|
|  1  |                          |         | Respectfully submitted,                         |
|  2  | Dated: January 11, 2011  |         | BENJAMIN B. WAGNER<br>United States Attorney    |

Dated: January 11, 2011

                By:   /s/ Glen F. Dorgan
GLEN F. DORGAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: January 11, 2011         CARLSON, CALLADINE & PETERSON, LLP

                By:   /s/ A. David Bona
RANDY W. GIMPLE
A. DAVID BONA
LYNDE SELDEN, III
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

Dated: January 11, 2011         NIXON PEABODY, LLP

                By :   /s/ Robert M. Blum
ROBERT M. BLUM
HAILEY R. HIBLER
Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

Dated: January 11, 2011         FERRIS & BRITTON
A PROFESSIONAL CORPORATION

                By:   /s/ Michael R. Weinstein
MICHAEL R. WEINSTEIN
Attorneys for Defendant,
PACIFIC GAS AND ELECTRIC COMPANY

BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY,<br><br>　　　　Defendants. | CASE NO: 2:09-cv-02868 JAM-JFM<br><br>[PROPOSED] ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |

　　　Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and related deadlines be moved out to the following dates:

| | **Current Date** | **New Date** |
|---|---|---|
| Non-expert discovery cut-off | January 5, 2011 | March 11, 2011 |
| Expert Disclosure | February 4, 2011 | April 8, 2011 |
| Supp Expert Disclosure | February 18, 2011 | April 22, 2011 |
| Expert discovery Cut-off | March 4, 2011 | May 13, 2011 |
| Filing of Pre-trial Statements | March 11, 2011 | May 27, 2011 |
| Pre-Trial Conference | March 18, 2011 (2:00 p.m.) | June 3, 2011 (3:00 p.m.) |
| Trial | April 11, 2011 (9:00 a.m.) | July 11, 2011 (9:00 a.m.) |

4

_____
STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES

1 **IT IS SO ORDERED.**

3 DATED: 1/12/2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES