BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4080
Facsimile: (559) 497-4099

Attorneys for Plaintiff, UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:09-cv-02868 JAM-JFM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY, | |
| Defendants. | Current Trial Date: July 11, 2011<br>Current PTC Date: June 3, 2011 |

    For the reasons set forth in the accompanying Declaration of Glen F. Dorgan, Plaintiff, United States of America, and Defendants, Pacific Gas & Electric Company, and Davey Tree Surgery Company, through their counsel of record, stipulate as follows:

    1.    The parties request a continuance of the following dates and deadlines:

| | **Current Date** | **New Date** |
|---|---|---|
| Expert discovery Cut-off | May 13, 2011 | July 8, 2011 |
| Filing of Pre-trial Statements | May 27, 2011 | July 15, 2011 |
| Pre-Trial Conference | June 3, 2011 (3:00 p.m.) | July 22, 2011 (11:00 a.m.) |
| Trial | July 11, 2011 (9:00 a.m.) | August 29, 2011 (9:00 a.m.) |

STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES

2. To the extent Plaintiff seeks and recovers pre-judgment interest at trial, the period for any calculation of interest shall not extend past the original trial date of April 11, 2011.

3. As noted in the prior stipulations for an order modifying the scheduling order, the parties stipulate and agree that no party will file any dispositive motion and all parties have waived their right to file dispositive motions.

Respectfully submitted,

Dated: May 10, 2011

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Glen F. Dorgan
GLEN F. DORGAN
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: May 10, 2011

CARLSON, CALLADINE & PETERSON, LLP

By:  /s/ Randy W. Gimple
RANDY W. GIMPLE
A. DAVID BONA
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

Dated: May 10, 2011

NIXON PEABODY, LLP

By :  /s/ Robert M. Blum
ROBERT M. BLUM
Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

Dated: May 10, 2011

FERRIS & BRITTON
A PROFESSIONAL CORPORATION

By:  /s/ Michael R. Weinstein
MICHAEL R. WEINSTEIN
Attorneys for Defendant,
PACIFIC GAS AND ELECTRIC COMPANY

BENJAMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 2:09-cv-02868 JAM-JFM |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY, | |
| Defendants. | |

Based upon the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and related deadlines be moved out as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Expert discovery Cut-off | May 13, 2011 | July 8, 2011 |
| Filing of Pre-trial Statements | May 27, 2011 | July 15, 2011 |
| Pre-Trial Conference | June 3, 2011 (3:00 p.m.) | July 22, 2011 (11:00 a.m.) |
| Trial | July 11, 2011 (9:00 a.m.) | August 29, 2011 (9:00 a.m.) |

**IT IS SO ORDERED.**

DATED:  5/10/2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

3

_____
STIPULATION AND PROPOSED ORDER CONTINUING TRIAL DATE AND RELATED DEADLINES