1  RANDY W. GIMPLE [Bar No.: 12970]
   A.DAVID BONA [Bar No.: 209605]
2  LYNDE SELDEN, III [Bar No. 207513]
   CARLSON, CALLADINE & PETERSON LLP
3  353 Sacramento Street, 16th Floor
   San Francisco, California 94111
4  Telephone:   (415) 391-3911
   Facsimile:   (415) 391-3898
5

6  Attorneys for Defendant
   DAVEY TREE SURGERY COMPANY

7  ROBERT M. BLUM [Bar No. 083302]
   NIXON PEABODY LLP
8  One Embarcadero Center, 18th Floor
   San Francisco, California 94111
9  Telephone:   (415) 984-8200
   Facsimile:   (415) 984-8300
10

11 Attorneys for Defendant
   DAVEY TREE SURGERY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:09-cv-02868-JAM-JFM |
| Plaintiff, | |
| vs. | **STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER** |
| PACIFIC GAS & ELECTRIC COMPANY, DAVEY TREE SURGERY COMPANY, and THE DAVEY TREE EXPERT COMPANY, | |
| Defendants. | |

The parties through counsel hereby stipulate regarding scheduling as follows, including stipulation for an Order where necessary. The proposed changes would change the dates for the Pretrial Conference and the date for filing the joint pretrial conference statement. The proposed changes will not change the dates scheduled for trial of this case.

**STIPULATION FOR ORDER MODIFYING STATUS ORDER**
**CASE NO.: 2:09-CV-02868-JAM-JFM**

PDF created with pdfFactory trial version www.pdffactory.com

By stipulation for an Order that the following dates set forth in the Status Order are changed as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Filing of pretrial conference statement | July 15, 2011 | July 20, 2011 |
| Pretrial Conference | July 22, 2011 | July 27, 2011 |

The trial date of August 29, 2011 remains the same.

Respectfully submitted,

DATED:  July 12, 2011   CARLSON, CALLADINE & PETERSON LLP


By:  /s/ Randy W. Gimple
  RANDY W. GIMPLE
  A.  DAVID BONA
  LYNDE SELDEN, III
Attorneys for Defendant, DAVEY TREE SURGERY COMPANY


DATED:  July 12, 2011   NIXON PEABODY LLP


By:  /s/ Rpbert M. Blum
  ROBERT M. BLUM
  Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY


DATED:  July 12, 2011   BENJAMIN B. WAGNER
United States Attorney


By:  /s/ Glen F. Dorgan
  GLEN F. DORGAN
  Attorneys for Plaintiff
  UNITED STATES OF AMERICA

CARLSON CALLADINE & PETERSON LLP
353 SACRAMENTO STREET
16TH FLOOR
San Francisco, CA 94111

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 12, 2011                    FERRIS & BRITTON,
                                        A PROFESSIONAL CORPORATION


                                        By: /s/ Michael R. Weinstein
                                            MICHAEL R. WEINSTEIN
                                        Attorneys for Defendant
                                        PACIFIC GAS AND ELECTRIC COMPANY




**ORDER**

Based on the above Stipulation and good cause having been shown,

IT IS HEREBY ORDERED that the related deadlines be move as follows:

|  | **Current Date** | **New Date** |
|---|---|---|
| Filing of pretrial conference statement | July 15, 2011 | July 20, 2011 |
| Pretrial Conference | July 22, 2011 | July 27, 2011 @ 10 a.m. |

Trial date of August 29, 2011 remains the same.

IT IS SO ORDERED.


Dated:   July 12, 2011

                                        /s/ John A. Mendez
                                        HON. JOHN A. MENDEZ
                                        U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com