1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4080
5  Facsimile: (559) 497-4099

6
   Attorneys for Plaintiff, UNITED STATES OF AMERICA
7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11
    UNITED STATES OF AMERICA,        )  Case No.: 2:09-cv-02868 JAM-JFM
12                                   )
                                     )
13          Plaintiff,                )  STIPULATION OF DISMISSAL AND ORDER
                                     )
14      v.                           )
                                     )
15  PACIFIC GAS & ELECTRIC           )
    COMPANY, DAVEY TREE SURGERY      )
16  COMPANY, and THE DAVEY TREE      )
    EXPERT COMPANY,                  )
17                                   )
                                     )
18          Defendants.              )
                                     )
19  _____     )

20      IT IS HEREBY STIPULATED by and between the parties to this action, through their

21  designated counsel, that the above-captioned action be dismissed with prejudice, each party to

22  bear its own fees and costs.

23                                       Respectfully submitted,

24                                       BENJAMIN B. WAGNER
    Dated: December 14, 2011              United States Attorney
25

26
                                  By:    /s/ Glen F. Dorgan
27                                       GLEN F. DORGAN
                                         Assistant United States Attorney
28                                       Attorney for Plaintiff
                                         UNITED STATES OF AMERICA

                                        1
    _____
                    STIPULATION OF DISMISSAL AND PROPOSED ORDER

| | | |
|---|---|---|
| Dated: December 14, 2011 | | CARLSON, CALLADINE & PETERSON, LLP<br>(As authorized on 12/14/11) |
| | By: | /s/ Randy W. Gimple<br>RANDY W. GIMPLE<br>A. DAVID BONA<br>Attorneys for Defendant,<br>DAVEY TREE SURGERY COMPANY |
| Dated: December 14, 2011 | | NIXON PEABODY, LLP<br>(As authorized on 12/14/11) |
| | By: | /s/ Robert M. Blum<br>ROBERT M. BLUM<br>Attorneys for Defendant<br>DAVEY TREE SURGERY COMPANY |
| Dated: December 14, 2011 | | FERRIS & BRITTON<br>A PROFESSIONAL CORPORATION<br>(As authorized on 12/14/11) |
| | By: | /s/ W. Lee Biddle<br>W. LEE BIDDLE<br>Attorneys for Defendant,<br>PACIFIC GAS AND ELECTRIC COMPANY |

**ORDER**

It is so Ordered.

DATED:   12/15/2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL AND PROPOSED ORDER