1  BENJAMIN B. WAGNER
   United States Attorney
2  GLEN F. DORGAN
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4080
5  Facsimile: (559) 497-4099
6
   Attorneys for Plaintiff, UNITED STATES OF AMERICA
7
8
9             IN THE UNITED STATES DISTRICT COURT FOR THE
10                  EASTERN DISTRICT OF CALIFORNIA
11
   UNITED STATES OF AMERICA,        )  Case No.: 2:09-cv-02868 JAM-JFM
12                                   )
                                     )
13           Plaintiff,              )  STIPULATION OF DISMISSAL AND ORDER
                                     )
14     v.                            )
                                     )
15  PACIFIC GAS & ELECTRIC           )
    COMPANY, DAVEY TREE SURGERY      )
16  COMPANY, and THE DAVEY TREE      )
    EXPERT COMPANY,                  )
17                                   )
                                     )
18           Defendants.             )
                                     )
19  _____  )

20      IT IS HEREBY STIPULATED by and between the parties to this action, through their

21  designated counsel, that the above-captioned action be dismissed with prejudice, each party to

22  bear its own fees and costs.

23                                      Respectfully submitted,

24                                      BENJAMIN B. WAGNER
    Dated: December 14, 2011           United States Attorney
25

26
                                  By:   /s/ Glen F. Dorgan
27                                      GLEN F. DORGAN
                                        Assistant United States Attorney
28                                      Attorney for Plaintiff
                                        UNITED STATES OF AMERICA

                                         1
   _____
                   STIPULATION OF DISMISSAL AND PROPOSED ORDER

Dated: December 14, 2011    CARLSON, CALLADINE & PETERSON, LLP
(As authorized on 12/14/11)

By:    /s/ Randy W. Gimple
RANDY W. GIMPLE
A. DAVID BONA
Attorneys for Defendant,
DAVEY TREE SURGERY COMPANY

Dated: December 14, 2011    NIXON PEABODY, LLP
(As authorized on 12/14/11)

By :    /s/ Robert M. Blum
ROBERT M. BLUM
Attorneys for Defendant
DAVEY TREE SURGERY COMPANY

Dated: December 14, 2011    FERRIS & BRITTON
A PROFESSIONAL CORPORATION
(As authorized on 12/14/11)

By:    /s/ W. Lee Biddle
W. LEE BIDDLE
Attorneys for Defendant,
PACIFIC GAS AND ELECTRIC COMPANY

## **ORDER**

It is so Ordered.

DATED:   12/15/2011

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE